

IN THE
TENTH COURT OF APPEALS

—————————

No. 10-17-00173-CR

JACK HAROLD CLEGHORN,

Appellant

v.

THE STATE OF TEXAS,

Appellee

—————————

From the County Court at Law No. 1
McLennan County, Texas
Trial Court No. 2015-2947-CR1

—————————

MEMORANDUM OPINION

—————————

Jack Harold Cleghorn appealed his conviction for Assault, Family Violence. *See* TEX. PENAL CODE ANN. § 22.01 (West 2011); TEX. FAM. CODE ANN. §§ 71.0021(b); 71.003; 71.005 (West 2014). We abated this appeal on December 6, 2017 because Cleghorn's appellate brief was overdue. Cleghorn has now filed a motion to dismiss the appeal which both Cleghorn and his counsel signed.

Accordingly, the appeal is reinstated, the motion to dismiss is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Motion granted
Appeal dismissed
Opinion delivered and filed January 10, 2018
Do not publish
[CR25]

